IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MARY BUSBY                                                             PLAINTIFF

v.                                            CIVIL ACTION NO. 3:20-CV-145-SA-JMV

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY                          DEFENDANT

## ORDER

On June 25, 2021, United States Magistrate Judge Virden issued a Report and Recommendation [24] in this cause. The R&R concludes that "it is the report and recommendation of the undersigned that the Commissioner's decision should be affirmed." [24], p. 1. The R&R provided the parties fourteen days to object to the R&R, if they chose to do so. Despite the passage of the fourteen-day deadline, no objections have been filed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)).

The Court has reviewed the R&R and finds no plain error on the face of the record. Accordingly, the R&R is ADOPTED IN FULL as the Order of the Court. The Commissioner's decision is hereby AFFIRMED. This CASE is CLOSED.

SO ORDERED, this the 3rd day of August, 2021.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE